# ELECTRONIC RECORD

COA #  05-13-00839-CR          OFFENSE:  29.03

STYLE:  Torey Boykin v. The State of Texas     COUNTY:  Collin

COA DISPOSITION:  AFFIRM          TRIAL COURT:  366th Judicial District Court

DATE: 05/12/15          Publish: NO   TC CASE #:  366-82130-2012

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Torey Boykin v. The State of Texas     CCA #:  **672-15**

_____PRO SE_____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: ___10/14/2015___          SIGNED: _____     PC: _____

JUDGE: ___Per Curiam___          PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD